United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                            Case No. 23-12594-amc

Alexander Day                                                                 Chapter 7

Constance Day

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                    Page 1 of 2

Date Rcvd: Dec 22, 2023                  Form ID: 195                               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alexander Day, Constance Day, 4429 N. 9th Street, Philadelphia, PA 19140-2227 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2023                          Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| MARK A. CRONIN | |
| | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| ROBERT W. SEITZER | |
| | rseitzer@karalislaw.com  PA93@ecfcbis.com;jhysley@karalislaw.com |
| STEPHEN MATTHEW DUNNE | |
| | on behalf of Debtor Alexander Day bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| STEPHEN MATTHEW DUNNE | |
| | on behalf of Joint Debtor Constance Day bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Dec 22, 2023                       Form ID: 195                                    Total Noticed: 1
TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                    : Chapter 7

Alexander Day and Constance Day                           : Case No. 23−12594−amc
        Debtor(s)

***ORDER***

_____

      AND NOW, this day , December 22, 2023 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


      ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



                     By The Court

                     Ashely M. Chan
                     Judge, United States Bankruptcy Court