United States Bankruptcy Court

Eastern District of Pennsylvania

In re:      Case No. 23-12594-amc

Alexander Day      Chapter 7

Constance Day

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 4 |
| Date Rcvd: Dec 22, 2023 | Form ID: 318 | Total Noticed: 50 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Alexander Day, Constance Day, 4429 N. 9th Street, Philadelphia, PA 19140-2227 |
| 14811055 | + | FCC Finance LLC, PO BOX 225566, Dallas, TX 75222-5566 |
| 14811056 | + | FCCFINANCE, 16479 DALLAS PARKWAY, ADDISON, TX 75001-6825 |
| 14811061 | + | Grimley Financial Corporation, 30 Washington Avenue, Suite C-6, Haddonfield, NJ 08033-3341 |
| 14811062 | + | Office of UC Benefits, Claimant Services, PO BOX 67503, Harrisburg, PA 17106-7503 |
| 14811078 | | PNC FINANCIAL, PNC CB INVESTIGATIONS, CLEVELAND, OH 44101 |
| 14811065 | + | Pennsyvania Department of Revenue, PO BOX 280948, Harrisburg, PA 17128-0948 |
| 14811076 | + | Philadelphia Retina Associateds, 2701 Holme Avenue, Suite 303, Philadelphia, PA 19152-2029 |
| 14811081 | | RAYMOUR & FLANIGAN, TD RCS, COLUMBIA, SC 29202 |
| 14811089 | + | Temple University Hospital, 2450 Hunting Park Avenue, Philadelphia, PA 19129-1398 |
| 14811088 | + | Temple University Hospital, 3401 N. Broad Street, 1st Floor, Philadelphia, PA 19140-5189 |
| 14811090 | | Temple University Hospital, Broad and Ontario Street, Philadelphia, PA 19140 |
| 14811092 | + | The Eye Institute of Salus University, PO BOX 95000, Philadelphia, PA 19195-0001 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 22 2023 23:44:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | Dec 23 2023 04:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 22 2023 23:44:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14811037 | + | EDI: GMACFS.COM | Dec 23 2023 04:38:00 | ALLY FINANCIAL, INC, ATTN: BANKRUPTCY, 500 WOODARD AVE, DETROIT, MI 48226-3416 |
| 14811039 | + | EDI: GMACFS.COM | Dec 23 2023 04:38:00 | ALLY FINANCIAL, INC, P.O. BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14811041 | + | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 23:57:45 | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14811043 | + | Email/PDF: bncnotices@becket-lee.com | Dec 22 2023 23:57:47 | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14811045 | + | EDI: CAPITALONE.COM | Dec 23 2023 04:38:00 | CAPITAL ONE, ATTN: BANKRUPTCY, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 14811046 | + | EDI: CAPITALONE.COM | Dec 23 2023 04:38:00 | CAPITAL ONE, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |

| | | | |
|---|---|---|---|
| 14811048 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITY BANK/ARIZONA MAIL ORDER, PO BOX 182789, COLUMBUS, OH 43218-2789 |
| 14811047 | + EDI: WFNNB.COM | Dec 23 2023 04:38:00 | COMENITY BANK/ARIZONA MAIL ORDER, ATTN: BANKRUPTCY, PO BOX 182125, COLUMBUS, OH 43218-2125 |
| 14811049 | + Email/Text: ebnnotifications@creditacceptance.com | Dec 22 2023 23:43:00 | CREDIT ACCEPTANCE, ATTN: BANKRUPTCY, 25505 WEST 12 MILE ROAD STE 3000, SOUTHFIELD, MI 48034-8331 |
| 14811050 | + Email/Text: ebnnotifications@creditacceptance.com | Dec 22 2023 23:43:00 | CREDIT ACCEPTANCE, PO BOX 5070, SOUTHFIELD, MI 48086-5070 |
| 14811052 | + EDI: DISCOVER | Dec 23 2023 04:38:00 | DISCOVER FINANCIAL, PO BOX 30939, SALT LAKE CITY, UT 84130-0939 |
| 14811051 | + EDI: DISCOVER | Dec 23 2023 04:38:00 | DISCOVER FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 14811053 | + Email/Text: tropiann@einstein.edu | Dec 22 2023 23:44:00 | Einstein Healthcare Network, 101 E Olney Avenue, Suite 301, Philadelphia, PA 19120-2470 |
| 14811054 | + Email/Text: tropiann@einstein.edu | Dec 22 2023 23:44:00 | Einstein Medical Center, PO BOX 785371, Philadelphia, PA 19178-5371 |
| 14811057 | + EDI: BLUESTEM | Dec 23 2023 04:38:00 | FINGERHUT, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 14811058 | + EDI: BLUESTEM | Dec 23 2023 04:38:00 | FINGERHUT, 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347-4120 |
| 14811059 | + EDI: BLUESTEM | Dec 23 2023 04:38:00 | FINGERHUT FETTI/WEBBANK, ATTN: BANKRUPTCY, 6250 RIDGEWOOD ROAD, SAINT CLOUD, MN 56303-0820 |
| 14811060 | + EDI: BLUESTEM | Dec 23 2023 04:38:00 | FINGERHUT FETTI/WEBBANK, 13300 PIONEER TRAIL, EDEN PRAIRIE, MN 55347-4120 |
| 14811093 | Email/Text: bk@ncdfinancial.com | Dec 22 2023 23:44:00 | TRONIX COUNTRY, ATTN: BANKRUPTCY, 2331 MILL ROAD SUITE 100, ALEXANDRIA, VA 22314 |
| 14811063 | + EDI: AGFINANCE.COM | Dec 23 2023 04:38:00 | ONEMAIN FINANCIAL, ATTN: BANKRUPTCY, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14811064 | + EDI: AGFINANCE.COM | Dec 23 2023 04:38:00 | ONEMAIN FINANCIAL, 61 W CHELTENHAM AVE #L, CHELTENHAM, PA 19012-1412 |
| 14811066 | + Email/PDF: ebnotices@pnmac.com | Dec 22 2023 23:57:48 | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14811070 | + Email/PDF: ebnotices@pnmac.com | Dec 22 2023 23:47:32 | PENNYMAC LOAN SERVICES, LLC, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14811074 | + Email/Text: bkrgeneric@penfed.org | Dec 22 2023 23:43:00 | PENTAGON FCU, ATTN: BANKRUPTCY, PO BOX 1432, ALEXANDRIA, VA 22313-1432 |
| 14811075 | + Email/Text: bkrgeneric@penfed.org | Dec 22 2023 23:43:00 | PENTAGON FCU, 1001 N. FAIRFAX, ALEXANDRIA, VA 22314-1797 |
| 14811077 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 22 2023 23:43:00 | PNC FINANCIAL, ATTN: BANKRUPTCY, 300 FIFTH AVENUE, PITTSBURGH, PA 15222 |
| 14811079 | Email/Text: bankruptcy@posigen.com | Dec 22 2023 23:43:00 | PosiGen Solar Solutions, PO BOX 4387, Portland, OR 97208 |
| 14811080 | ^ MEBN | Dec 22 2023 23:38:19 | RAYMOUR & FLANIGAN, ATTN: BANKRUPTCY, PO BOX 220, LIVERPOOL, NY 13088-0220 |

Case 23-12594-amc   Doc 25   Filed 12/24/23   Entered 12/25/23 00:22:54   Desc Imaged
Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2023 | Form ID: 318 | Total Noticed: 50 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14811082 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCB/LORD & TAYLOR, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14811083 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCB/LORD & TAYLOR, PO BOX 71737, PHILADELPHIA, PA 19176-1737 |
| 14811084 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14811086 | + | EDI: SYNC | Dec 23 2023 04:38:00 | SYNCHRONY BANK/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14811094 | + | Email/Text: bk@ncdfinancial.com | Dec 22 2023 23:44:00 | TRONIX COUNTRY, 8001 FORBES PL, SPRINGFIELD, VA 22151-2208 |
| 14811096 | + | Email/Text: dbogucki@trumark.org | Dec 22 2023 23:44:00 | TRUMARK FINANCIAL CREDIT UNION, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |
| 14811095 | + | Email/Text: dbogucki@trumark.org | Dec 22 2023 23:44:00 | TRUMARK FINANCIAL CREDIT UNION, ATTN: BANKRUPTCY, 335 COMMERCE DR, FORT WASHINGTON, PA 19034-2701 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14811038 | *+ | ALLY FINANCIAL, INC, ATTN: BANKRUPTCY, 500 WOODARD AVE, DETROIT, MI 48226-3416 |
| 14811040 | *+ | ALLY FINANCIAL, INC, P.O. BOX 380901, BLOOMINGTON, MN 55438-0901 |
| 14811042 | *+ | AMEX, CORRESPONDENCE/BANKRUPTCY, PO BOX 981540, EL PASO, TX 79998-1540 |
| 14811044 | *+ | AMEX, P.O. BOX 981537, EL PASO, TX 79998-1537 |
| 14811067 | *+ | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14811068 | *+ | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14811069 | *+ | PENNYMAC LOAN SERVICES, LLC, ATTN: CORRESPONDENCE UNIT, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14811071 | *+ | PENNYMAC LOAN SERVICES, LLC, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14811072 | *+ | PENNYMAC LOAN SERVICES, LLC, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14811073 | *+ | PENNYMAC LOAN SERVICES, LLC, PO BOX 514387, LOS ANGELES, CA 90051-4387 |
| 14811085 | *+ | SYNCHRONY BANK/CARE CREDIT, ATTN: BANKRUPTCY, PO BOX 965060, ORLANDO, FL 32896-5060 |
| 14811087 | *+ | SYNCHRONY BANK/CARE CREDIT, PO BOX 71757, PHILADELPHIA, PA 19176-1757 |
| 14811091 | *+ | Temple University Hospital, 3401 N. Broad Street, 1st Floor, Philadelphia, PA 19140-5189 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 24, 2023          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| MARK A. CRONIN | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| ROBERT W. SEITZER | rseitzer@karalislaw.com PA93@ecfcbis.com;jhysley@karalislaw.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Alexander Day bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| STEPHEN MATTHEW DUNNE | on behalf of Joint Debtor Constance Day bestcasestephen@gmail.com dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Alexander Day<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–3234<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Constance Day<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–5259<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    Eastern District of Pennsylvania | | |
| Case number:    23-12594-amc | | |

# Order of Discharge                                                                 12/15

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Alexander Day                                              Constance Day

12/21/23                                          **By the court:**  <u>Ashely M. Chan</u>
                                                                    United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                    **Order of Discharge**                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**